38 So.2d 900

### Robert TAYLOR v. H. T. SHOEMAKER.

### 4 Div. 528.

Supreme Court of Alabama.

Feb. 17, 1949.

L. A. Farmer, of Dothan, for petitioner.

Carl S. Farmer, of Abbeville, and G. D Halstead, of Headland, opposed.

STAKELY, Justice.

Petition of Robert Taylor for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Taylor v. Shoemaker, 38 So.2d 895.

Writ denied.

BROWN, FOSTER and LAWSON, JJ., concur.